*E-Filed: December 6, 2013*

DOWNEY BRAND LLP
TREVEN I. TILBURY (Bar No. 210052)
SEAN J. FILIPPINI (Bar No. 232380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
ttilbury@downeybrand.com
sfilippini@downeybrand.com

Attorneys for Defendants
K.O.O. CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The United States of America for the Use and Benefit of HAROLD E. NUTTER & SON, INC., a California corporation,<br><br>Use-Plaintiff,<br><br>v.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | CASE NO. 13:cv-04853 HRL<br><br>**STIPULATION AND ORDER** |

Defendants K.O.O. CONSTRUCTION, INC. ("K.O.O.") and TRAVELERS CASUALTY & SURETY CO. OF AMERICA ("Surety") (K.O.O. and Surety are together referred to as "Defendants") and Use-Plaintiff HAROLD E. NUTTER & SON, INC. ("Nutter") stipulate as follows:

The Parties stipulate to an extension of time for Surety to respond to the Complaint so that it coincides with K.O.O.'s date to respond to the Complaint on December 10, 2013.

/ / /

/ / /

1349134.1

1

STIPULATION AND ORDER

Accordingly, the parties, by and through their counsel of record, HEREBY STIPULATE that the responses to the Complaint in the above-entitled matter on behalf of defendants K.O.O. Construction, Inc. and Travelers Casualty and Surety Company of America will both be due on December 10, 2013.

IT IS SO STIPULATED.

DATED: December 4, 2013

DOWNEY BRAND LLP

By: _____
TREVEN J. TILBURY
Attorney for Defendants
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; K.O.O. CONSTRUCTION, INC.

DATED: December 5, 2013

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
D. MICHAEL SCHOENFELD
Attorney for Use-Plaintiff
HAROLD E. NUTTER & SON, INC.

## ORDER

On reviewing the Stipulation of the Parties hereto, and good cause appearing, the Court adopts the stipulation of the parties as the order of this Court.

**IT IS SO ORDERED.**

DATED: December 6, 2013

_____
Magistrate Judge Howard R. Lloyd

1349134.1

2

STIPULATION AND ORDER