*E-Filed: February 3, 2014*

DOWNEY BRAND LLP
TREVEN I. TILBURY (Bar No. 210052)
SEAN J. FILIPPINI (Bar No. 232380 )
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
ttilbury@downeybrand.com
sfilippini@downeybrand.com

Attorneys for Defendants
K.O.O. CONSTRUCTION, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The United States of America for the Use and Benefit of HAROLD E. NUTTER & SON, INC., a California corporation,<br><br>Use-Plaintiff,<br><br>v.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | CASE NO.  13:cv-04853 HRL<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY AT FEBRUARY 4, 2014 CASE MANAGEMENT CONFERENCE |

DOWNEY BRAND LLP

1357692.1

1

1    Upon Defendants K.O.O. Construction, Inc. and Travelers Casualty and Surety

2   Company of America ("Defendants") request for their counsel Treven I. Tilbury to appear

3   telephonically at the February 4, 2014 Case Management Conference, and for good cause

4   appearing therefore, the Court having considered the papers submitted.

5    IT IS HEREBY ORDERED that Defendants' request is granted and Mr. Tilbury

6   may appear telephonically at the February 4, 2014 Case Management Conference.

7

8   Dated: _____February 3_____, 2014   _____

9                                                  Hon. Howard R. Lloyd
                                                   Judge of the United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOWNEY BRAND LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO APPEAR TELEPHONICALLY