*E-Filed: October 3, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of HAROLD E. NUTTER & SON, INC.,<br><br>    Use-Plaintiff,<br>    v.<br><br>K.O.O. CONSTRUCTION, INC. and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Defendants. | No. C13-04853 HRL<br><br>**ORDER DISMISSING ALL CLAIMS AND CAUSES OF ACTION AGAINST DEFENDANTS, WITHOUT PREJUDICE**<br><br>[Re: Docket No. 28] |

Use-Plaintiff Harold E. Nutter & Son, Inc. has filed a dismissal of all causes of action against Defendants K.O.O. Construction, Inc. and Travelers Casualty and Surety Company of America, without prejudice, each party to bear its own costs and attorneys' fees.  Dkt. No. 28. Accordingly, Use-Plaintiff's causes of action against Defendants K.O.O. Construction, Inc. and Travelers Casualty and Surety Company of America are hereby dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  October 3, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-04853 HRL** N**otice will be electronically mailed to:**

David Michael Schoenfeld    mschoenfeld@murphyaustin.com, shernandez@murphyaustin.com

Kenneth Ian Schumaker    kschumaker@murphyaustin.com, cwoods@murphyaustin.com

Treven Isaac Tilbury    ttilbury@downeybrand.com, courtfilings@downeybrand.com, mdowd@downeybrand.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**